

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-15-1996

# Coalition Save v. Bd Ed DE

Precedential or Non-Precedential:

Docket 95-7452

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation

"Coalition Save v. Bd Ed DE" (1996). *1996 Decisions.* Paper 111.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/111

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 95-7452
_____

COALITION TO SAVE OUR CHILDREN,

                                             Appellant

                         v

          BOARD OF EDUCATION OF THE STATE OF DELAWARE;
     BOARD OF EDUCATION OF THE CHRISTIANA SCHOOL DISTRICT;
     BOARD OF EDUCATION OF THE BRANDYWINE SCHOOL DISTRICT;
      BOARD OF EDUCATION OF THE COLONIAL SCHOOL DISTRICT;
    THE BOARD OF EDUCATION OF THE RED CLAY SCHOOL DISTRICT;
   DELAWARE HOUSE OF REPRESENTATIVES COMMITTEE ON DESEGREGATION
                    _____

          Appeal from the United States District Court
                 for the District of Delaware
                    (D.C. Civil No. 56-01816)
                    _____

          Argued:  Tuesday, March 12, 1996

     Before: NYGAARD, SAROKIN and ALDISERT, Circuit Judges


                    _____

                  ORDER AMENDING OPINION
                    _____

   IT IS HEREBY ORDERED that the Slip Opinion filed in this case on July
24, 1996, be
amended as follows:
   Page 17, footnote 8, line 27: Substitute "[An expert called y the
Appellee House of
Representatives,]" for "[Another Coalition expert,]."
                                   By the Court:

                                   /s/ Ruggero J. Aldisert
                                   Ruggero J. Aldisert
                                   Circuit Judge


Dated:  August 15, 1996